FILED 18 APR '16 11:48 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

James Leroy Herrington

(Enter full name of plaintiff(s))

Plaintiff(s),

v.

Dr. Thomas Bristol; Dr. Jodean Elliott-Blakeslee; Dr. Garth Gulick; A. Clements Therapeutic Level of Care Committee Garth Gulick; Steve Shelton; Michael Gower

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 2:16-CV-680-AC
(to be assigned by Clerk of the Court)

**PRISONER CIVIL RIGHTS COMPLAINT**

## I.

A. Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☒   No ☐

B. If your answer to A is yes, how many? _2_. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1. Parties to the previous lawsuit:

Plaintiff(s): James Leroy Herrington

Defendant(s): _Dr. Elliott-Blakeslee; Dr. Thomas Bristol; Karen Neil, Irene Folkman, S. Wilcox_

2. Court: _U.S. Dist Court. Dist. of Oregon, Pendleton Division_
3. Docket Number: _2:12-CV-01648-AC / 2:13-CV-00948-AC_
4. Name of judge to whom case was assigned: _Acosta_
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

   _____
   _____
   _____

6. Approximate date of filing: _9-12-12_
7. Approximate date of disposition: _____

## II.

A. Place of confinement: _Snake River Correctional Institution_

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒          No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒          No ☐

   If your answer is no, explain why not:

   _____
   _____

D. Is the grievance process completed?

   Yes ☒          No ☐

CIVIL RIGHTS COMPLAINT                                             Page 2
Revised: April 24, 2008

Form 39.010

### III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: James Leroy Herrington

Security Identification No.: 4218905

Address: 777 Stanton Blvd
Ontario, Oregon 97914-8335

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B. Defendant Thomas Bristol is employed as Doctor
at SRCI

Defendant Jalyn Elliot-Blakeslee is employed as Doctor
at SRCI

Defendant Garth Gulick is employed as Doctor
at SRCI

Defendant Steve Shelton is employed as Doctor
at ODOC

Defendant A. Clements is employed as Registered Nurse
at SRCI

Additional defendants: _____

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

U.S.C.A. 8th + 14th, Deliberate Indifference; Cruel + Unusual Punishment; Unnecessary + Wanton Infliction of Pain; Physical + Emotional Pain & Suffering

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On or around 02/10/2013, Dr. Thomas Bristol examined plaintiff's feet, 5th (little) toes of both feet swollen + inflamed, no diagnosis, return 90 days for follow-up. Said condition progressed to include the 5th + 4th toes left foot, 5th MT, 3rd + 2nd toes right foot. Defendant made minor attempts to diagnose said condition. Defendant failed to treat swelling, pain + inflammation, causing plaintiff years of pain + the eventual immobilization of the 2nd + 3rd joints of affected toes.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

U.S.C.A. 8th + 14th, Deliberate Indifference; Cruel + Unusual Punishment; Unnecessary + Wanton Infliction of Pain; Physical + Emotional Pain + Suffering.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

ON OR AROUND 8/20/2013, DEFENDANT DR. JODEAN ELLIOTT-BLAKESLEE EXAMINED THE PAINFUL, SWOLLEN + INFLAMED TOES (NAMED IN CLAIM II) DEFENDANT DIAGNOSED SAID CONDITION AS BEING CAUSED BY IMPROPER SIZED SHOES, PRESCRIBED SMALLER SHOES, TYLENOL + IBUPROFEN. DEFENDANT CAUSED ADDITIONAL PAIN + DISCOMFORT.

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

U.S.C.A. §§ 8TH + 14TH, DELIBERATE INDIFFERENCE, CRUEL + UNUSUAL PUNISHMENT; UNNECESSARY + WANTON INFLICTION OF PAIN; PHYSICAL + EMOTIONAL PAIN + SUFFERING; EXTORTION FOR MEDICAL SERVICES

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

ON OR AROUND 12-24-2013 DEFENDANT GARTH GULICK EXAMINED PREVIOUSLY DESCRIBED CONDITION OF PLAINTIFFS FEET (TOES) TOLD PLAINTIFF "THERE IS NOTHING WRONG WITH YOUR FEET, BUT CONTINUE TYLENOL + IBUPROFEN FOR PAIN + INFLAMATION ON OR AROUND 4-20-14. DEFENDANT TOLD PLAINTIFF, DIAGNOSIS HAMMERTOE, RECOMMENDED PODIATRIST, AT PLAINTIFFS EXPENSE

_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

State <u>briefly</u> exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.

I want Podiatrist Examination at States expence, remenies in the form of injunctive + declatory relief, compensatory, nominal + punitive damages from defendants, in their offical, and/or their individual capasities.

_____
_____
_____

Signed this __11__ day of __April__, 20_16_.

_____
*(Signature of Plaintiff(s))*

# CERTIFICATE OF SERVICE

**CASE NAME:** James Leroy Herrington　　　v.　　Dr. Jodean Elliott/Blakeslee

**CASE NUMBER:**

　　　　COMES NOW,　　James Leroy Herrington,　　and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution.

That on the 11th day of April, 2016,　I personally placed in the

Correctional Institution's mailing service A TRUE COPY of the following:

Motion to proceed In Forma Pauperis; Motion for Appointment of Counsel; Declaration in Support of Motion for Appointment of Counsel; Civil Cover Sheet; 42 USC § 1983 Complaint; Six Month Inmate Trust Account Statement; Account Certificate

　　I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

United States District Court  
Office of the Clerk  
District of Oregon  
Pendleton Division  
Suite 740  
1000 S.W. Third Avenue  
Portland, Oregon  
97204-2902

　　Dated this 11th day of April, 2016

　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　James Leroy Herrington  
　　　　　　　　　　　　　　　　　　4218905  
　　　　　　　　　　　　　　　　　　777 Stanton Blvd.  
　　　　　　　　　　　　　　　　　　Ontario, Oregon  
　　　　　　　　　　　　　　　　　　97914-8335